

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00140-CR

| | | |
|---|---|---|
| Michael Gowan | § | From the 89th District Court |
| | § | of Wichita County (30,832-C) |
| v. | § | May 19, 2016 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner